# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ex rel. NORMAN RILLE and NEAL ROBERTS<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ACCENTURE LLP, and Illinois limited liability partnership; ACCENTURE LTD., a Bermuda Corporation; and HEWLETT-PACKARD COMPANY, a Delaware Corporation<br><br>　　　　　　　　Defendants. | Case No. 4:04CV00989-WRW |

## ORDER GRANTING ASSENT MOTION TO STAY

And now, this 26th day of September, 2007, it is hereby ORDERED that the Assent Motion to Stay of Hewlett-Packard Company ("HP"), United States and Relators, Norman Rille and Neal Roberts, is GRANTED.

Defendant HP shall have up to and including March 25, 2008 to answer or otherwise respond to the United States and Relators' Complaints. Either party may withdraw its consent to this extension with notice to the Court and parties. If notice is filed, HP must file its answer or otherwise respond within thirty (30) days of the notice.

SO ORDERED this 26th day of September, 2007.

　　　　　　　　　　　　　　　　　　　　/s/Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE