IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 26 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS, <br><br> Plaintiff, <br><br> vs. <br><br><br><br><br> ACCENTURE LLP, an Illinois limited liability partnership; ACCENTURE LTD., a Bermuda Corporation; PROQUIRE LLP. <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 4-04 CV000098 WRW ) ) ) ) ) ) ) ) |

## ORDER GRANTING ASSENT MOTION TO STAY

And now, this 26th day of September, 2007, it is hereby ORDERED that the Assent Motion to Stay of Accenture LLP, Accenture LTD, and Proquire LLP, United States and Relators, Norman Rille and Neal Roberts, is GRANTED.

Defendants Accenture LLP, Accenture LTD, and Proquire LLP shall have up to and including October 5, 2007 to answer the United States and Relators' Complaints. The case shall be stayed until March 25, 2008. With the exception of the Answer by the above named parties, either party may withdraw its consent to this stay with notice to the Court and parties. In the event of such notice, the stay shall be lifted within thirty (30) days of said notice and the litigation shall proceed.

A copy of this Order shall also be filed in Case No. 4-04-CV0000989 WRW.

SO ORDERED:

_____
United States District Court Judge