IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,<br><br>                            Plaintiff,<br>vs.<br><br>ACCENTURE LLP, an Illinois limited liability partnership; ACCENTURE LTD., a Bermuda Corporation; HEWLETT–PACKARD COMPANY, a Delaware Corporation;<br><br>                            Defendants. | Case No. 4-04 CV0000989WRW<br>4-04CV0000985 WRW<br><br>ORDER RE SEVERANCE, TRANSFER AND CONSOLIDATION |

## ORDER RE SEVERANCE, TRANSFER AND CONSOLIDATION

On joint motion and assent of the United States of America, Accenture Defendants, Hewlett-Packard, and Plaintiff/Relators, requesting severance of defendants, Accenture LLP and Accenture Ltd. (hereinafter collectively referred to as "Accenture"), from the captioned action and transferring Accenture Defendants to, and consolidating them for all purposes with, *The United States of America, ex rel. Norm Rille and Neal Roberts v. Accenture LLP, Accenture Ltd., Proquire and [UNDER SEAL]*, Case No. 4:04 CV0000985 WRW.

IT IS SO ORDERED.

A copy of this Order shall be filed in Case No. 4:04 CV0000985 WRW.

This 4th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE