# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THE UNITED STATES OF AMERICA,** *ex rel.*  **PLAINTIFF**
**NORMAN RILLE and NEAL ROBERTS**

**v.**  **4:04-CV-00989-WRW**

**HEWLETT-PACKARD COMPANY**  **DEFENDANTS**

### ORDER

Pending is the parties' Assent Motion to Stay (Doc. 61). The Motion is GRANTED. This litigation is stayed through and including September 25, 2008. The parties are directed to file a status report with the Court by 5:00 p.m. on September 25, 2008.

IT IS SO ORDERED this 8th day of April, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE