IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. NORMAN RILLE AND NEAL ROBERTS<br><br>　　　　　Plaintiff<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br>a Delaware Corporation<br><br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action 4:04CV00989 WRW |

## ORDER GRANTING ASSENT MOTION TO STAY

Pending is the Parties' Assent Motion to Stay (Docket No. 70). The Motion is GRANTED. This litigation is stayed through and including April 23, 2009. The Parties are directed to file a status report with the Court by 5:00 p.m. on April 23, 2009.

IT IS SO ORDERED this 26th day of January, 2009.

　　　　　　　　　　　　　　　　　　　　/s/ Wm. R. Wilson, Jr._____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE