IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS<br><br>Plaintiff<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation<br><br>Defendant | Civil Action 4:04CV00989-WRW |

## ORDER GRANTING ASSENT MOTION TO STAY

Pending is the Parties' Assent Motion to Stay (Docket No. 73). The Motion is GRANTED. This litigation is stayed through and including July 23, 2009. The Parties are directed to file a status report with the Court by 5:00 p.m. on July 23, 2009.

IT IS SO ORDERED this 24th day of April, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE