IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ex rel. NORMAN RILLE AND NEAL ) | | |
| ROBERTS ) | | |
| ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | Civil Action 4:04CV00989-WRW | |
| ) | | |
| HEWLETT-PACKARD COMPANY, ) | | |
| a Delaware Corporation ) | | |
| ) | | |
| Defendant ) | | |

## ORDER GRANTING ASSENT MOTION TO STAY

Pending is the Parties' Assent Motion to Stay (Docket No. 79). The Motion is GRANTED. This litigation is stayed through and including October 15, 2009. The Parties are directed to file a status report with the Court by 5:00 p.m. on October 15, 2009.

IT IS SO ORDERED this 27th day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE