IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. NORMAN RILLE AND NEAL )<br>ROBERTS )<br>   ) <br>         Plaintiff ) <br>   ) <br>v.   ) <br>   ) <br>HEWLETT-PACKARD COMPANY, )<br>a Delaware Corporation ) <br>   ) <br>         Defendant ) | Civil Action 4:04CV00989-WRW |

## ORDER GRANTING ASSENT MOTION TO STAY

Pending is the Parties' Assent Motion to Stay (Docket No. 84).  The Motion is GRANTED.  This litigation is stayed through and including January 15, 2010.  The Parties are directed to file a status report with the Court by 5:00 p.m. on Friday, January 15, 2010.

IT IS SO ORDERED this 23rd day of October, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE