IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ex rel. NORMAN RILLE AND NEAL ) | |
| ROBERTS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v.  ) | Civil Action 4:04CV00989 WRW |
| ) | |
| HEWLETT-PACKARD COMPANY, ) | |
| a Delaware Corporation ) | |
| ) | |
| Defendant ) | |

## **ORDER**

Pending is the parties' Joint Assent Motion to Stay (Doc. No. 89) in which the parties ask for this case to be stayed until June 16, 2010, because of ongoing settlement talks. The Motion is GRANTED, and this case is stayed until July 16, 2010. If the parties have not settled their differences by that time, the case will be set for trial. No further stays will be granted.

The parties are directed to file a status report with the Court by 5:00 p.m., July 16, 2010, to inform the Court whether the case has settled.

IT IS SO ORDERED this 16th day of April, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE