IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. NORMAN RILLE AND NEAL<br>ROBERTS<br><br>　　　　　**Plaintiff**<br><br>v.<br><br>**HEWLETT-PACKARD COMPANY,**<br>a Delaware Corporation<br><br>　　　　　**Defendant** | Civil Action 4:04CV00989 WRW |

## MOTION TO STAY

In an order dated April 16 , 2010, the Court granted the parties' motion to stay the case until July 16, 2010. The Court noted, however, that, if the parties had not settled their differences by that date, the Court would set the case for trial.

The United States and Hewlett-Packard (HP) have been diligently working to reach an agreement to resolve this matter. The two parties believe that they are very close to reaching an agreement, but need additional time to resolve a few remaining issues. Relators provided documents to HP at a meeting on July 8th relating to certain payments from HP to Accenture. HP is in the process of reviewing those documents and related documents. Until that review is complete, the United States and HP will not be able to agree on a final resolution. The parties believe that an additional 45 days will allow the United States and HP to resolve the matters between them. Thus, in the interests of judicial economy and a possible settlement, the Parties request that the Court

continue the stay of this matter until August 30, 2010.  Relators, Norman Rille and Neal Roberts ("Relators"), consent to a continued stay.

WHEREFORE, the Parties respectfully request that the Court grant this Motion to Stay and stay the litigation of this matter up through and including August 30, 2010.

Dated:  July 16, 2010.

        Respectfully submitted,

        TONY WEST
        ASSISTANT ATTORNEY GENERAL

        JANE W. DUKE
        UNITED STATES ATTORNEY


By:*/s/ Shannon S. Smith*
Shannon S. Smith, Assistant U.S. Attorney
Arkansas Bar No. 94172
Attorney for Intervenor Plaintiff
USAO P.O. Box 1229
Little Rock, AR 72203
Telephone No.: 501-340-2600
Email: Shannon.Smith@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on July 16, 2010, the individuals listed below were served by First-Class US Mail, postage pre-paid or via ECF notification with the foregoing assent motion:

Shirley Jones
Wilson, Engstrom, Corum & Coulter
200 South Commerce, Suite 600
P.O. Box 71
Little Rock, Arkansas  72203
(501) 375-6453 (t)
(501) 375-5914 (f)

Von G. Packard
Packard, Packard & Johnson
Four Main Street, Suite 200
Los Altos, CA  94022
(650) 947-7300 (t)

William A. Waddell, Jr.
Friday, Eldredge & Clark
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
(501) 370-1510 (t)


Barbara Van Gelder
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC  20004-2541

Lisa C. Dykstra
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

                                            */s/ Shannon S. Smith*
                                            Shannon S. Smith
                                            Assistant United States Attorney