IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. NORMAN RILLE AND NEAL ROBERTS<br><br>                Plaintiff<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br>a Delaware Corporation<br><br>                Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action 4:04CV00989-WRW |

## ORDER GRANTING MOTION TO STAY

Pending is the Parties' Motion to Stay (Docket No.91 ). The Motion is GRANTED. This litigation is stayed through and including August 30, 2010.

IT IS SO ORDERED this 19th day of July, 2010.

                                              /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE