**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ex rel. NORMAN RILLE AND NEAL ) | |
| ROBERTS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action 4:04CV00989-WRW |
| ) | |
| HEWLETT-PACKARD COMPANY, ) | |
| a Delaware Corporation ) | |
| ) | |
| Defendant ) | |
| _____) | |

**ORDER GRANTING RELATORS' MOTION TO FILE UNDER SEAL**
**EXHIBITS 2 THROUGH 7 AND EXHIBIT 10 TO RELATORS' MEMORANDUM**
**IN SUPPORT OF THEIR MOTION FOR DETERMINATION OF**
**RELATORS' SHARE OF SETTLEMENT PROCEEDS**

After consideration of Relators' Motion to File Under Seal Exhibits 2 through 7 and Exhibit 10 to Relators' Memorandum in Support of their Motion for Determination of Relators' Share of Settlement Proceeds (the "Motion to Seal"), the Court grants the Motion to Seal and directs the Clerk of this Court to file the paper copies of Exhibits 2 through 7 and Exhibit 10 under seal.

IT IS SO ORDERED this 15th day of September, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE