IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS,<br><br>　　　　　　PLAINTIFFS,<br>VS.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br><br>　　　　　　DEFENDANTS. | Civil Action 4:04-CV-00989 WRW |

**ORDER GRANTING RELATORS' MOTION TO FILE UNDER SEAL EXHIBIT 23, (ATTACHMENT NO. 26 TO Doc. No. 103), TO RELATORS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR DETERMINATION OF RELATORS' SHARE OF SETTLEMENT PROCEEDS AND TO REMOVE ELECTRONIC VERSION OF SAID EXHIBIT FROM ECF DOCKET**

After consideration of Relators' Motion to File under Seal Exhibit 23, (Attachment No. 26 to Doc. No. 103), to Relators' Memorandum in Support of Their Motion for Determination of Relators' Share of Settlement Proceeds and to Remove Electronic Version of Said Exhibit from ECF Docket (the "Motion to Seal"), the Court GRANTS the Motion to Seal (Doc. No. 107) and directs the Clerk of this Court to remove said Exhibit from the electronic docket and to file the paper copies of Exhibit 23, (Attachment No. 26 to Doc. No. 103), under seal.

IT IS SO ORDERED this 17th day of September, 2010.

　　　　　　　　　　　　　　　/s/ Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE