**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* NORMAN RILLE AND )<br>NEAL ROBERTS, )<br>    )<br>        *Plaintiff,* )<br>    )<br>vs. )<br>    )<br>HEWLETT-PACKARD COMPANY, )<br>a Delaware Corporation, )<br>    )<br>        *Defendant*. )<br> | Civil Action 4:04CV00989-WRW |

**ORDER**

After consideration of Relators' motion seeking leave to file under seal an unredacted version of Relators' Reply Memorandum in Support of their Motion for Determination of Relators' Share of Settlement Proceeds and Opposition to the Government's Motion for Determination of Relators' Share and to file under seal Exhibits 26 through 30 and 32 through 33 thereto, the Court GRANTS said motion (Doc. No. 120) and directs the Clerk of the Court to file under seal an unredacted version of said Reply Memorandum and Exhibits 26 through 30 and 32 through 33 thereto.

IT IS SO ORDERED this 13th day of October, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE