IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS | ) ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action 4:04CV00989-BRW |
| HEWLETT-PACKARD COMPANY, a Delaware Corporation | ) ) ) ) | |
| Defendant | ) ) | |

**ORDER GRANTING MOTION TO FILE UNDER SEAL EXHIBITS TWO EXHIBITS TO THE UNITED STATES' RESPONSE TO REALTORS' MOTION FOR DETERMINATION OF REALTORS' SHARE OF THE SETTLEMENT OF THE PROCEEDS OF THE CASE UNDER SEAL**

After consideration of the United States' Motion to File Under Seal Exhibits 3 and 4, in Support of their Motion to File Under Seal Two Exhibits to the United State's Response to Realtor's Motion for Determination of Realtor's Share of the Settlement of the Proceeds of the Case Under Seal, the Court GRANTS the Motion (Doc. No. 128), and directs that Exhibits 3 and 4 submitted to the Clerk of Court be filed under seal.

SO ORDERED this 28th day of January, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE