# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS, ) ) ) ) ) | |
| PLAINTIFFS, ) ) | |
| VS. ) ) | Civil Action 4:04-CV-00989 BRW |
| HEWLETT-PACKARD COMPANY, a Delaware Corporation, ) ) ) | |
| DEFENDANT. ) | |

**ORDER TO SEAL ATTACHMENT #9 TO DOC. 134**

On motion (Doc. 136) of counsel for Relators revealing that an unredacted copy of Attachment #9 to Relators' redacted Reply Memorandum in Support of Relators' Request for Qui Tam Award (Doc. 134) was inadvertently filed and the Court already having under advisement a motion to seal (Doc. 135) an unredacted version of the Reply Memorandum (Doc. 134) and certain of the attachments/exhibits, it is hereby Ordered and Adjudged that Attachment #9/Exhibit "H" shall be, and is hereby, to be removed from the public record by the Clerk and deemed as filed under seal.

IT IS SO ORDERED this 22nd day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE