# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

_____  )
                                   )
UNITED STATES OF AMERICA           )
ex rel. NORMAN RILLE AND NEAL      )
ROBERTS,                           )
                                   )
        PLAINTIFFS,                )
                                   )
VS.                                )          Civil Action 4:04-CV-00989 BRW
                                   )
HEWLETT-PACKARD COMPANY,           )
a Delaware Corporation,            )
                                   )
        DEFENDANT.                 )
_____

**ORDER GRANTING RELATORS LEAVE TO FILE UNDER SEAL AN UNREDACTED VERSION OF RELATORS' REPLY MEMORANDUM IN SUPPORT OF RELATORS' REQUEST FOR QUI TAM AWARD AND TO FILE UNDER SEAL EXHIBITS A, B, AND E THROUGH L THERETO**

After consideration of Relators' motion seeking leave to file under seal an unredacted version of Relators' Reply Memorandum in Support of their Request for Qui Tam Award and to file under seal Exhibits A, B, and E through L thereto, the Court GRANTS said motion (Doc. No. 135) and directs the Clerk of the Court to file under seal an unredacted version of said Reply Memorandum and Exhibits A, B, and E through L thereto.

SO ORDERED this 23rd day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE