# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, ex rel. NORMAN RILLE and NEAL ROBERTS )<br><br>Plaintiffs )<br><br>v. )<br><br>HEWLETT-PACKARD COMPANY, *et al.* )<br><br>Defendants ) | Case No. 4:04CV00989-BRW |

## ORDER

Relators' Motion to Admit Counsel *Pro Hac Vice* (Doc. No. 149) is GRANTED. Mr. Stanley M. Gibson and Mr. Ryan S. Mauck are directed to register for CM/ECF in the Eastern District of Arkansas by 5:00 p.m., Monday, May 16, 2011. Failure to register may result in removal from the case.

IT IS SO ORDERED this 3rd day of May, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE