IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. NORMAN RILLE AND NEAL ROBERTS, | ) ) ) ) | |
| PLAINTIFFS, | ) ) | Civil Action 4:04-CV-00989 BRW |
| VS. | ) ) | |
| HEWLETT PACKARD COMPANY, | ) ) ) | |
| DEFENDANT. | ) ) | |

**ASSENT ORDER EXTENDING DEFENDANT HEWLETT PACKARD COMPANY'S TIME TO RESPOND TO RELATORS' MOTION FOR AWARD OF STATUTORY ATTORNEYS' FEES, COSTS AND EXPENSES**

Upon agreement of the parties, the Court hereby extends the time for Hewlett-Packard to respond to Relators' Motion for Award of Statutory Attorneys' Fees, Costs and Expenses until two weeks after the receipt of redacted time records from counsel for Relators.

IT IS SO ORDERED this 5th day of May, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE