IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. NORMAN RILLE AND NEAL ROBERTS,<br><br>          PLAINTIFFS,<br>VS.<br><br>HEWLETT PACKARD COMPANY,<br><br>          DEFENDANT. | Civil Action 4:04CV00989-BRW |

**ASSENT ORDER EXTENDING DEFENDANT HEWLETT PACKARD COMPANY'S TIME TO RESPOND TO RELATORS' MOTION FOR AWARD OF STATUTORY ATTORNEYS' FEES, COSTS AND EXPENSES**

Upon agreement of the parties, the Court hereby extends the time for Hewlett-Packard to respond to Relators' Motion for Award of Statutory Attorneys' Fees, Costs and Expenses until July 7, 2011.

IT IS SO ORDERED this 27th day of June, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE